In the Matter of ROBERT B.-H. MERCYFIRST, Appellant, et al., Petitioner; ROBERT H., Respondent. (And Three Other Proceedings.)

Submitted April 11, 2011; decided June 14, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Claim of RAYMOND C. SMITH, Respondent, v ALBANY COUNTY SHERIFF'S DEPARTMENT et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.

Submitted April 18, 2011; decided June 14, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

TRUMP ON THE OCEAN, LLC, Appellant, v STATE OF NEW YORK, Respondent.

Submitted April 25, 2011; decided June 14, 2011

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed the Court of Claims order dismissing the claim, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the Appellate Division order sought to be appealed from do not finally determine the action within the meaning of the Constitution.